Filed         16-CI-00398    04/12/2016         Brandi Duvall, Warren Circuit Clerk

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION __I__
JUDGE __Wilson__
CASE NO. __16-CI-398__

Nihad Hajdarevic      Plaintiff

v.

Experian Information Solutions, Inc.      Defendant

    Serve:
    C T Corporation System
    306 W Main St
    Suite 512
    Frankfort, KY 40601

## COMPLAINT

The Plaintiff, Nihad Hajdarevic, by counsel, for his Complaint against Defendant, Experian Information Solutions, Inc., states as follows:

### INTRODUCTION

1. This is an action for actual and statutory damages brought by Mr. Hajdarevic against the Defendant for willful, knowing, and/or negligent violations of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. §1681 *et seq.* (known as the "Fair Credit Reporting Act", hereafter the "*FCRA*"), which relates to the compilation and dissemination of consumer credit and other financial information.

## JURISDICTION AND VENUE

2. Mr. Hajdarevic is a resident of Warren County, Kentucky. Mr. Hajdarevic is a "consumer" as that term is contemplated in the FCRA with respect to the matters referenced herein.

3. Defendant, Experian Information Solutions, Inc. ("*Defendant*" or "*Experian*"), is a limited liability company organized and existing under the laws of the State of Ohio and is engaged in the business of acquiring, using, furnishing, and disseminating consumer information in the Commonwealth of Kentucky. Experian has principle offices located in Costa Mesa, California. Experian is a "consumer reporting agency", as said term is defined and/or contemplated in the FCRA, with respect to the matters referenced herein.

## FACTS

4. In or around October, 2015, Mr. Hajdarevic applied for credit from H.H. Greg to finance the purchase of a washing machine and dryer.

5. The H.H. Greg application was denied due to a "collection account" appearing on Mr. Hajdarevic's Experian consumer report.

6. On information, the collection account was not attributable to Plaintiff.

7. On or about October 9, 2015, Mr. Hajdarevic applied through Century Mortgage for a loan to finance the purchase of a home.

8. In connection with the home loan application, on or about October 9, 2015, Century Mortgage obtained an Experian consumer report relating to Plaintiff.

Filed       16-CI-00398    04/12/2016        Brandi Duvall, Warren Circuit Clerk

9. In consumer report, Experian included derogatory information relating to another individual, Mihad Hajdarevic, including a "collections" account.

10. Because of the aforesaid collections account appearing in Plaintiff's Experian consumer report, Century Mortgage was unable to approve Plaintiff for a conventional loan.

11. However, Plaintiff was approved for a Federal Housing Administration (FHA) loan, resulting in higher closing costs, private mortgage insurance premiums, and other costs and expenses which would not have been incurred but for the error in his Experian consumer report.

12. In or around December, 2015, Plaintiff applied for credit with Ashley Furniture to finance the purchase of a bed, but was denied due to the erroneous collection account appearing in his Experian consumer report.

13. In or around February, 2016, Plaintiff applied for employment but was denied due to the erroneous collection account appearing in his Experian consumer report.

14. As a direct and proximate result of Defendant's errors and/or omissions, Mr. Hajdarevic suffered damages, including but not limited to credit denials, increased cost of credit, loss of employment opportunities and other pecuniary loss, emotional and mental anguish, turmoil, stress, embarrassment, humiliation, emotional distress, inconvenience, loss of privacy, credit denials, loss of commercial viability, harm to reputation, postage and other expenses, and decrease to his credit score, credit rating, and perceived credit worthiness.

15. The Defendant's conduct and/or inaction as alleged herein was intentional, malicious, fraudulent, oppressive, and was carried out in reckless disregard for the rights of Mr. Hajdarevic, warranting imposition of the maximum statutory penalties under the law and punitive damages.

Filed       16-CI-00398    04/12/2016        Brandi Duvall, Warren Circuit Clerk

### Count I: Willful Noncompliance with the FCRA

16. Between approximately October 1, 2015 and the present, Defendant willfully failed to comply with the requirements of the FCRA, by, *inter alia*:

   a. failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the Plaintiff in his consumer file, in violation of 15 U.S.C. § 1681e(a); and,

   b. including another's credit information in Plaintiff's file, in violation of 15 U.S.C. § 1681e(a).

17. As a result of the Defendant's willful violations of the FCRA, Mr. Hajdarevic has suffered harm and Defendant is liable to Mr. Hajdarevic for actual damages, statutory damages, punitive damages, plus attorney's fees and costs.

### Count II: Negligent Noncompliance with the FCRA

18. In the alternative, Defendant was negligent in failing to comply with the requirements of the FCRA and is liable to Mr. Hajdarevic for actual damages, plus attorney's fees and costs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Mr. Hajdarevic, demands a judgment against Defendant for the following relief:

   a. actual damages;

   b. statutory damages;

4

    c.    punitive damages;

    d.    attorney's fees and costs;

    e.    pre- and post-judgment interest; and,

    f.    any other relief to which Plaintiff may appear entitled.

Respectfully submitted,

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
9900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

*Counsel for Mr. Hajdarevic*