## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **NIHAD HAJDAREVIC** | : | |
| | : | |
| **PLAINTIFF** | : | Civil Action No. 1:16CV-00075-GNS |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |
| | : | |
| **DEFENDANT** | : | |
| | : | |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the "Stipulation of Dismissal" (DN 21);

IT IS ORDERED that said action is DISMISSED with prejudice from the docket, and each of the parties shall bear its own costs, expenses and attorney fees associated with the prosecution and defense of this action.

**Greg N. Stivers, Judge**
**United States District Court**

July 10, 2017

cc: Counsel of Record